# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC., a New York corporation, | CASE NO. 6:11-cv-592 |
| Plaintiff, | |
| vs. | |
| SCHMOOZE COM, INC., a Wisconsin corporation. | **JURY TRIAL DEMANDED** |
| Defendants. | |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff Klausner Technologies, Inc. hereby submits its Corporate Disclosure pursuant to Fed. R. Civ. P. 7.1. Klausner Technologies, Inc. has no parent and no publicly held company owns 10% or more of its corporate stock.

Dated: November 1, 2011          Respectfully submitted,

By:   /s/ S. Calvin Capshaw

S. Calvin Capshaw, III
State Bar No. 03783900
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone: (903)-233-4826
Facsimile: (903)-236-8787
Email:  ccapshaw@capshawlaw.com

OF COUNSEL:

Pierre R. Yanney (*Pro Hac Vice*)
William J. Seymour (*Pro Hac Vice*)
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, N.Y. 10038
Tel: (212) 806-5400
Fax: (212) 806-6006
Email: pyanney@stroock.com
Email: wseymour@stroock.com

                                      ATTORNEYS FOR PLAINTIFF,
                                      KLAUSNER TECHNOLOGIES, INC.